UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1052

VICKIE L. MCIVER ROBERTS,

Plaintiff - Appellant,

versus

NORTH CAROLINA DIVISION OF VOCATIONAL
REHABILITATION,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., District Judge.  (CA-03-405-1)

Submitted:  May 14, 2004                    Decided:  June 14, 2004

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Vickie L. McIver Roberts, Appellant Pro Se.  Dorothy Powers, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vickie L. McIver Roberts appeals the district court's order granting Defendant's motion to dismiss her action under Title VII of the Civil Rights Act of 1964, as amended, and the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roberts v. N.C. Div. of Vocational Rehab., CA-03-405-1 (M.D.N.C. filed Sept. 18, 2003; entered Sept. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED